14 F.3d 1387w
 UNITED STATES of America, Plaintiff-Appellant,
v.
Christopher Lee ARMSTRONG, aka: Chris Armstrong, Defendant,
and
Robert Rozelle; Aaron Hampton; Freddie Mack; Shelton
Auntwan Martin, Defendants-Appellees.
UNITED STATES of America, Plaintiff-Appellant,
v.
Christopher Lee ARMSTRONG, aka: Chris Armstrong, Defendant-Appellee.
 Nos. 93-50031, 93-50057.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted July 12, 1993.
Decided Jan. 21, 1994.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION